UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| JARED MARTEL WILLIAMS, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 4:17-CV-1282 NCC |
| UNKNOWN MITCHELL, et al., | ) ) ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on its own motion. The Assistant City Counselor for the City of St. Louis has notified the Court that it cannot waive service for defendants Betty Love, Sonya White, Shawn Robinson, Unknown Miller, Marco Sturdivant, Toriano Tate, Tiffany Smith, and Haniyyah Shields because these defendants are no longer employed by the City of St. Louis.[1] As a result, the Court will direct defense counsel to submit to the Court, *ex parte* and under seal, the last known residential addresses for these defendants.

Accordingly,

**IT IS HEREBY ORDERED** that defense counsel will provide the Court with defendants' Lieutenant Betty Love, Lieutenant Sonya White, Correctional Officer Shawn Robinson, Correctional Officer Unknown Miller, Correctional Officer Marco Sturdivant, Correctional Officer Toriano Tate, Correctional Officer Tiffany Smith, and Correctional Officer Haniyyah Shields last known addresses, *ex parte* and under seal, no later than twenty-one (21) days from the date of this Order.

---

[1] In his March 16, 2018 letter to the Court, Assistant City Counselor Myles D. McDonnell states that City has no record of some of the defendants having ever been employed by the City, but he does not state which of the defendants he is referring to.

**IT IS FURTHER ORDERED** that, to the extent defense counsel has no record of employment for any of the aforementioned defendants, he shall notify the Court forthwith.

Dated this 27th day of March, 2018.

    /s/ Noelle C. Collins
NOELLE C. COLLINS
UNITED STATES MAGISTRATE JUDGE