UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| JARED MARTEL WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:17-CV-1282 NCC |
| | ) | |
| UNKNOWN MITCHELL, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

Before the Court is defendants' motion for extension of time to file an answer or other responsive pleading. Defendants move for an extension up to and including April 18, 2018. For good cause shown the Court will grant their motion.

Accordingly,

**IT IS HEREBY ORDERED** that defendants' motion for extension of time to file their answer or other responsive pleading [Doc. #25] is **GRANTED.**

**IT IS FURTHER ORDERED** that defendants' answer or other responsive pleading is due to the Court no later than **April 18, 2018**.

Dated this 27th day of March, 2018.

    /s/ Noelle C. Collins
NOELLE C. COLLINS
UNITED STATES MAGISTRATE JUDGE