UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **JARED MARTEL WILLIAMS,** | ) |
| **Plaintiff,** | ) |
| v. | ) Case No. 4:17-CV-1282 NCC |
| **UNKNOWN MITCHELL, et al.,** | ) |
| **Defendants.** | ) |

## MEMORANDUM AND ORDER

This matter is before the Court upon defense counsel's filing of several defendants'[1] last known home addresses for the purposes of service of process. [Doc. #29] As plaintiff is proceeding in forma pauperis, the Court will order the Clerk of Court to effectuate service of process through the United States Marshal's Office. A copy of the summons and return of summons shall be filed under seal and will not be served on plaintiff, as these documents will contain defendants' last known home address.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk shall issue process or cause process to issue upon the complaint as to defendants Betty Love, Sonya White, Marco Sturdivant, Toriano Tate and Haniyya Shields in their individual capacities. Service shall be effectuated at the addresses provided by Assistant City Counselor Myles D. McDonnell in his Response to the Court. [Doc. #29]

---

[1] Defense counsel has provided the last known home addresses for Betty Love, Sonya White, Marco Sturdivant, Toriano Tate and Haniyya Shields. However, counsel has indicated that the City of St. Louis has "no record of employment" with regards to Correctional Officers Shawn Robinson and Tiffany Smith, and as such, counsel has not been able to provide the Court with addresses for these defendants. As for defendant Unknown Miller, defense counsel has indicated that "the City has had multiple correctional officers with this last name and has been unable to identify which one plaintiff may be referring to."

**IT IS FURTHER ORDERED** that because plaintiff is proceeding in forma pauperis in this action, service shall be effectuated by the United States Marshal's Office through summons, pursuant to Fed.R.Civ.P. 4. *See* 28 U.S.C. § 1915.

**IT IS FURTHER ORDERED** that a copy of the summons and the return of summons shall be filed under seal and will not be served upon plaintiff, as these documents will contain defendants last known home address.

Dated this 19th day of April, 2018.

    /s/ Noelle C. Collins
NOELLE C. COLLINS
UNITED STATES MAGISTRATE JUDGE