**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

JARED MARTEL WILLIAMS,        )
        )
        Plaintiff,        )
        )
        v.        )        No. 4:17-CV-1282 NCC
        )
UNKNOWN MITCHELL, et al.,        )
        )
        Defendants.        )

**MEMORANDUM AND ORDER**

Before the Court is a letter from plaintiff, dated May 9, 2018, [Doc. #38], indicating that he **may know** the first name of defendant Unknown Miller. Plaintiff appears to seek leave from the Court for service of process on Mr. Miller.

On April 19, 2018, the Court ordered plaintiff to provide it with adequate information regarding defendants Shawn Robinson, Tiffany Smith and Unknown Miller so that these defendants could be served with process. Plaintiff failed to provide addresses for these defendants or specific information relative to these defendants so that they could be served. Thus, on May 2, 2018, defendants Robinson, Smith and Miller were dismissed from this action, without prejudice, pursuant to Federal Rule of Civil Procedure 4(m).

In his letter, plaintiff states that Miller's first name **may be** "Terence or Terrence." Plaintiff also states that Miller is "tall, bald and an older guy." Plaintiff does not provide the Court with an address at which Miller may be served.

At this time, plaintiff has not provided the Court with enough factual information to allow plaintiff to add defendant Miller as a party to this action. Plaintiff may, however, wish to use the information he believes he has relating to "Terence or Terrence Miller" to attempt to

exact discovery from defendants **once discovery commences in this action.**[1]  If plaintiff is able to determine Mr. Miller's **proper name and address** within the time for filing an amended pleading in this action, he may seek leave from the Court to do so at that time.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's request for the Court to serve process on one Terence or Terrence Miller [Doc. #38] is **DENIED** at this time.

Dated this 13th day of June, 2018.

 /s/ Noelle C. Collins
NOELLE C. COLLINS
UNITED STATES MAGISTRATE JUDGE

---

[1]Discovery will commence when a Case Management Order is entered in this case.