UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JARED MARTEL WILLIAMS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:17-CV-1282 NCC |
| UNKNOWN MITCHELL, et al., | ) ) ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on its own motion. On March 16, 2018, the Assistant City Counselor for the City of St. Louis notified the Court that the City Counselor's Office could not waive service for several of the defendants in this action. Counsel, however, did not return service as to defendant Unknown House, nor did counsel refer to Unknown House in its letter referencing defendants Goodwin, Gayden, Love, White, Robinson, Miller, Sturdivant, Tate, Smith and Shields. As a result, the Court will direct defense counsel to submit to the Court, within ten (10) days of the date of this Order, whether it will waive service on behalf of defendant Unknown House in this action. If counsel cannot waive service on behalf of defendant Unknown House, counsel shall provide the Court, within ten (10) days, *ex parte* and under seal, the last known residential addresses for defendant Unknown House.

Accordingly,

**IT IS HEREBY ORDERED** defense counsel shall file with the Court, within ten (10) days of the date of this Order, a notice stating whether counsel will waive service on behalf of defendant Unknown House. If counsel is able to waive service on behalf of defendant Unknown

House, an answer shall be filed on behalf of defendant Unknown House within twenty-one (21) days of the date of this Memorandum and Order.

**IT IS FURTHER ORDERED** that if counsel is unable to waive service on behalf of defendant Unknown House, defense counsel shall provide the Court, within ten (10) days of the date of this Order, the last known address of defendant Unknown House, *ex parte* and under seal.

**IT IS FURTHER ORDERED** that, to the extent defense counsel has no record of employment for defendant Unknown House, he shall notify the Court forthwith.

Dated this 26th day of September, 2018.

/s/ Jean C. Hamilton
JEAN C. HAMILTON
UNITED STATES DISTRICT JUDGE