UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

JARED WILLIAMS,                )
                               )
    Plaintiff(s),              )
                               )
v.                             )    No. 4:17-CV-01282-JCH
                               )
UNKNOWN MITCHELL, et al.,      )
                               )
    Defendant(s).              )
                               )

## JUDGMENT IN A CIVIL CASE

☒ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Directed Verdict.** This action came before the Court for a trial by jury, the Court having sustained defendant's motion for judgment as a matter of law at the close of plaintiffs' case.

☐ **Decision by Verdict.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment is entered in accordance with the four (4) Verdict Forms filed September 30, 2021.

September 30, 2021                *Gregory J. Linhares*          /
Date                              Clerk of Court

                    By:  /s/ Alexis Petri            /
                         ALEXIS PETRI
                         Deputy Clerk