

PLAINTIFF'S EXHIBIT 1



DEFENDANTS 0052







DEFENDANTS 0054

PLAINTIFF'S EXHIBIT 1





DEFENDANTS 0056

**PLAINTIFF'S EXHIBIT 1**