ael L. Parson  
ernor  
e of Missouri

Sheila Solon, Acting Division Director  
**DIVISION OF PROFESSIONAL REGISTRATION**

Missouri Depa  
Commerce & I  
Chlora Lindley-Myers,

SOURI STATE BOARD OF NURSING  
Box 656, Jefferson City, MO 65102-0656  
-735-2966 TTY Relay Missouri | 800-735-2466 Voice Relay Missouri

Lori Scheidt, MBA-HCM | Executiv  
nursing@pr.mo.gov | pr.mo.g  
573-751-0681 | 573-751-

October 26, 2021

Stephanie Kay Williams  
3528 Wainwright St  
Saint Charles MO 63301

Case # 2021003819  
**Investigator Assigned:** Robert Cirtin  
**Phone Number:** 417-839-1252

Licensed Practical Nurse 2009028715

Dear Stephanie Kay Williams:

This letter is to inform you that the Missouri State Board of Nursing has received a complaint alleging that you have violated the Nursing Practice Act. Please see the below summary of the complaint. If you wish to receive a copy of the complaint submit a request to nursinginvestigations@pr.mo.gov .

Complaint received from:  
Steven Kratky  
City Hall  
1200 Market St  
Saint Louis MO 63103

**Summary of Complaint:** Steven Kratky, St Louis City Hall, alleges that ,LPN, Stephanie Williams violated HIPAA by accessing medical records of a person she was not treating and for purposes other than the treatment and healthcare of the patient.

Please provide a <u>written response</u> to the allegations within thirty (30) days of the date of this letter. Pursuant to 335.066.2.(6)(b), RSMo, failure to cooperate with the Board during any investigation is a violation of the Nursing Practice Act. In addition to any violations of the Nursing Practice Act that the Board may pursue as a result of this complaint, the Board may seek cause to discipline your license for failing to cooperate with the Board.

- Describe the circumstances and events, including any documentation that you feel is relevant to this issue.
- Please have your statement notarized.
- Please complete the enclosed form(s), sign and return.

After the investigation is completed, your case will be presented to the Board for review. Please be aware that the entire proces may take several months to resolve, but you will receive notice in writing of the Board's final decision after all informatio related to this case has been reviewed.

Sincerely,

*Quinn Lewis*

Quinn Lewis

**PLAINTIFF'S EXHIBIT 4**