**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

JARED WILLIAMS,                    )
                                   )
      Plaintiff,                  )
                                   )
v.                                 )          Cause No. 4:17-cv-01282-JCH
                                   )
EKE GAYDEN, *et al.*,              )
                                   )
      Defendants.                 )

## ORDER

Now before the Court is the parties' Joint Motion for Indicative Ruling Regarding Motion for Relief from Judgment [Doc. 235], which was filed pursuant to Rule 62.1. For the reasons set forth therein, the Motion is GRANTED. The Court indicates that it would grant a joint motion pursuant to Rule 60(b) for relief from the Judgment [Doc. 214] upon remand from the Court of Appeals for that purpose.

                    **SO ORDERERED this ___ day January, 2022:**

                    _____

                    Jean C. Hamilton, District Judge