# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | | |
|---|---|---|
| JARED WILLIAMS, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Cause No. 4:17-cv-01282-JCH |
| EKE GAYDEN, *et al.*, | ) ) ) | |
| Defendants. | ) | |

## ORDER

Now before the Court is the parties' Joint Motion for Indicative Ruling Regarding Motion for Relief from Judgment [Doc. 235], which was filed pursuant to Rule 62.1. For the reasons set forth therein, the Motion is GRANTED. The Court indicates that it would grant a joint motion pursuant to Rule 60(b) for relief from the Judgment [Doc. 214] upon remand from the Court of Appeals for that purpose.

**SO ORDERED this 26th day January, 2022:**

/s/ Jean C. Hamilton
Jean C. Hamilton, District Judge